BT 12 POINT THIS IS 19 PAGES BUT PLAINTIFF CANNOT READ 12 POINT.

Case 2:18-cv-01611-MCE-CMK Document 1 Filed 06/04/18 Page 1 of 38



Noel T. Benoist (Pro Per)
99 Brunel Road – HC 4 BOX 45040
ALTURAS, CALIFORNIA 96101
PHONE: (480) 319-5627
EMAIL: originalphantom007@icloud.com
Plaintiff Pro Per or Pro Se



JUN 04 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT IN THE STATE OF ~~ARIZONA~~ CALIFORNIA



|  |  |
|---|---|
| NOEL BENOIST, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>The Veterans' Administration, the current and past Dirrector and ALL Directors of the Veterans' Administration back to and including January 13, 1970 in their personal and professional capacity: also included are Jane and John Doe 1 through 1500 as well as Jane and John Doe organizations or corp. 1 through 500 as discovered.<br>*Defendants.* | Case No.:<br><br>2:18-CV-1611 MCE CMK PS<br><br>**PLAINTIFF'S ACTION AND STATEMENT OF FACTS IN SUPPORT OF HIS PETITION FOR REDRESS; TO BE MADE WHOLE, HAVE HIS RECORD CORRECTED, AND TO PUNISH THE GUILTY PERPETRATORS WHO VIOLATED VARIOUS LAWS AND THEIR FIDUCIARY DUTY TO PLAINTIFF**<br><br>**Assigned to the Honorable** |

COMES NOW PLAINTIFF, Pro Per as **a 100% disabled American veteran using 16 point for his bad vision** reading purposes; and highlights, color type, all caps, and other methods to emphasize <u>and</u> find points made or to make a point. **In accordance with the U. S. Supreme Court decision, 'Pro Per, AKA Pro Se,**

**Attorney's are NOT held to the same strict standards as attorneys'!** The SPIRIT and INTENT OF THE LAW in regards to **the Equal Access to Justice Act (E.A.J.A.)** and **the Americans with Disabilities Act (A.D.A.)**; **even more leeway must be afforded in THIS CASE being presented to this court!** This helps Plaintiff get things done without being lost in the smoke and mirrors of the house of horrors CREATED by the Defendants named and to be named in this case! See the losses page showing what was lost in order for Plaintiff to survive. **Discovery** of the name of every V. A. Washington D. C. as well as Regional Dirrector and Assistant Dirrector, every case worker, and every decision maker who ever worked on Plaintiff's case is also filed herewith as well as the specific military regulation that required a medical review for medical discharge in cases that have profiles of P-3 & P-4. Doing this case ENDANGERS THE LIFE OF PLAINTIFF! (See exhibit 1)

## OPENING STATEMENT IN RE THIS CASE AND DISABILITIES DEFENDANTS HAVE:

1. **The Veterans' Administration made a "clear and unmistakable error" in not granting 100% disability from andon Date Of Discharge. The fusion of c-2 & c-3 VA claimed was "congenital" was a malicious erroneous determination they knew or reasonably should have known as this would have classified Plaintiff as "4-F" instead of the "1-A" perfect health class he was put in. FURTHERMORE Plaintiff WOULD NOT HAVE BEEN ASSIGNED TO INFANTRY TRAINING NOR WOULD HE HAVE ACHIEVED THE HIGH MARKS AND EVALUATION HE GOT!**

2. **The Veterans Administration started intentionally messing up Plaintiff's VA Claim and file from day one. It was stalled and then notice of exam was sent to the wrong address when VA was fully informed of the correct**

address on the date of Plaintiff moving and twice shortly thereafter. Plaintiff was doing follow up on his claim repeatedly so it is obvious VA wanted to sabotage his claim!

3. After Plaintiff successfully got to the U. S. District Court for veterans Appeals and had four Remands VA ignored; Attorney Sean Ravin was successful in getting the claim approved to 80% and some backpay was paid. The 100% to Date Of Discharge, pay for years of medical Plaintiff had to pay for, lost families (consortium), and lost properties; all of it is still ignored. A cheap pay off attempt is not justice or equal protection!

4. Willfully and MALICIOUSLY shafted this and tens of thousands of other veterans by ignoring regulations requiring a medical review board for medical discharge as soon as a profile of P-3 or P-4 is put in place as in this case!

5. Maliciously ignoring CFR Title 38, giving a veteran the benefit of any doubt, after discharge and when a claim for benefits had been filed. (The intent of Defendants was and is also CRIMINAL as it was to have more bonus money and power positions for the perpetrators! THIS fits the perpetrators being charged with R. I. C. O. charges!)  CLAIMS that should be approved are "put on the shelf". Defendants "use and abuse" time with stall tactics, long times for Defendants to act with short times for claimants, like 20 days for a 'required' Notice Of Disagreement (N.O.D.), and V. A. Defendants have taken years for one action then did what they knew, or reasonably should have known, was wrong and would be appealed. Many times Defendants knew a good soldier would just take the decision and suffer with a "yes sir" attitude. Plaintiff learned these

things by experiencing them and has helped such veterans understand they did not have just accept what V. A. said. They thought an appeal was just WAISTED effort ending with the same result.

6. Acted in concert with one another for the gain of money and power! This makes all defendants guilty of Racketeering and Plaintiff charges every Defendant with Deceptive Business Practices, R. I. C. O., and FRAUD! In that Defendants have used deceptive practices and they are not protected for criminal acts in the course of their employment BUT an employer IS responsible for the actions and representations of the employees; Plaintiff charges every Defendant professionally & personally as well as charging the employer which is the Federal Government; and they are charged with all statutes related to the principles and practices of 'Deceptive Business Practices', RICO, fraud, AND others that apply!

7. Formed the U. S. District Court for Veteran Appeals to ESCAPE the losses they were suffering in the regular U. S. District Court. Defendants have ignored U. S. District Court for Veteran's Claims court orders and remand orders because it is a court they formed to enable their wrongs. This has been used to keep money THEN pay "only" base pay not paid with NO interest on money WRONGFULLY kept and no attorney fees!

8. The V. A. FINALLY PAID PARTS of the CLAIMS. THIS was AFTER a fairly good attorney was hired and pointed out the right things to win some of the claim arguments. The V. A. DID NOT pay interest they should have had to pay and or attorney fees they should have had to pay.

9. The V. A. STUCK to the neck with their claims of congenital and total cause of all issues THUS ignoring circa sixteen or more areas Plaintiff

requested them to examine, label, and rate; they 'prevented' Plaintiff's ability to get an attorney; THEN, after EAJA was passed, they got the attorney to break up the list of claims so they could "peace meal" claims in order to escape the big picture of the horrendous WRONGS DONE to THIS Plaintiff/Petitioner/Claimant: at the same time they were keeping money then escaping interest and other liabilities they should pay!

10.     Defendants Ignored physical evidence and solid testimony that shows THIS Plaintiff, like thousands of others victimized by this group of defendants, should have had benefits approved within days of his first application submitted January 13, 1970. AND THEY-

11.     Ignored Military Regulations and other Federal laws IN RE this case.

## FACTS OF THE CASE

From date of discharge until an EAJA attorney took the case and progress was made in 2012; the Defendants "**PREVENTED**" Plaintiff in his attempts to get his just deserve that was **promised at enlistment and due by law**. Defendants used schemes and deception that **MUST BE DECLARED CRIMINAL ON BOTH A PERSONAL AND PROFESSIONAL LEVEL OF LIABILITY**! **There is no such thing as a victimless crime!** When the right job is not done the right way others are victims. When a job is not done for the right reason; the person doing the job is deceived or a criminal, and victims will be the result.

**The Judicial Branch of government was established with "Discretionary Power" and the ability to render decisions resulting in 'court made laws'!** This was and is **to keep the moral and ethical fiber in this nation**. From day one to this day the Veterans' Administration has **ignored laws, courts, and veterans in**

**need!** In the case, now before this court, the V. A. has ignored **the Code of Federal Regulations Title 38, a number of other laws, and U. S. District Court Remand decisions**! The Veterans' Affairs **Fiduciary duty** has been non-existent. It <u>has been</u> **adversarial** to say the least and **criminal** to tell the truth.

      <u>Two short EXAMPLES of how the V. A. Neglects veterans are:</u>

1. **Many veterans have hearing problems the V. A. Rates as zero, 0%, for compensation. Even with hearing aids there are dangers and irritants a veteran must deal with. A mandatory minimum of 10% 'stand alone' should be awarded; not to be absorbed into other disabilities the way V. A. makes percentages vanish. Plaintiff has enough disabilities for 200% to 300% but V. A. math brings it down to 80% like the 120% plus two acknowledged disabilities assigned 0% on Exhibit Page 1, attached.**

2. **The Defendants MUST NOT BE ALLOWED TO ESCAPE attorney fees they should pay since the "but for" test applies. "But for" Defendants trying to use and abuse laws to escape paying what should have been paid from date of discharge; and "but for" veterans like the Plaintiff being forced to handle their own claim due to the original law that would not allow attorneys to make more than $10 on a veteran claim AND the V. A. TRAINED CLAIMS OFFICERS to do CLAIMS the way Defendants wanted them done for easy turn down results; and "but for" Defendants abuse of Independent Medical Exams by THEIR DOCTORS UNDER CONTRACT TO FIND CAUSE FOR DENIAL; and "but for" Defendant's lies about not having records, records burned in a fire, and other lies and Deceptive Business Practices: Plaintiff would have been paid for decades and he would NOT HAVE HAD THE MAJOR LOSSES**

**of PROPERTY, MONEY USED FOR MEDICAL CARE V. A. FAILED TO PROVIDE, FAMILY TIME AND ENJOYMENT, AND MORE!**

3. **The V. A. abused putting dental in the file in such a way so as to refer to it but bot pay for care. Plaintiff had to pay for over fourteen crowns and other dental care out of pocket. Forced to live in a vehicle in the woods he could not keep medical records he paid for and have them decades later! Defendants relied and rely on this type situation to shaft veterans and split the budget among themselves!**

4. **The Plaintiff had damage to teeth in service and one tooth was extracted with the tooth next to it turned into a crown and bridge. He was denied the dental care all dentists said he should get, and should have gotten from date of discharge. Plaintiff had to pay for over fourteen crowns and tooth repairs. Teeth have been painful and Plaintiff has suffered. Every tooth in Plaintiff's head will eventually need a crown according to the military dentist who did work just prior to discharge. THIS should have been rated with pay assigned for pain and suffering. Root canals were done to reduce hot and cold pains and sensitivity. Until recently it was paid for by Plaintiff! (Exhibit Page 1 shows the V. A. 0% math shaft!)**

*(The V. A. kept saying 'dental is marked service connected' but kept refusing to pay for treatment of dental needs. Hearing was also rated 0% for pay but hearing aids were provided. No aids was less hassle so Plaintiff no longer wears them or gets renewal units. THIS IS being done to ALL VETERANS!)*

For a number of decades the Legislative and Executive Branches of government have been focused on money for their campaign and retirement. In the Bible at Mtt. 6:24 and Lk. 16:13 money is referred to as mammon and we are rightly informed of

the fact that serving that purpose is evil with devastating results. Proper priority is shown to help us all. Because far too many of those who sit in judgement seats have their priorities as one looking in a mirror not realizing the image is reversed; innocent good people, like this Plaintiff, are suffering from the results. "One nation under God" is being destroyed by people who want to add more money to their bank accounts!

It is up to the Judicial Branch to 'take jurisdiction', 'use discretionary power', and then 'render court made laws to correct laws and situations' with the judiciary power to make decisions "in the interest of justice"! **This court MUST also render decisions and punishment of Defendants; sufficient to get V. A. And the other branches of government to realize NEGLECT and ABUSE will NOT be tolerated ANY LONGER! Plaintiff prays this court WILL hear cases like the one presented here AND START THE RESTORATION of "justice for ALL".**

When veterans apply for benefits and care guaranteed the veteran on enlistment; **it was, AND IS, a condition of enlistment**. When the veteran applies and is denied benefits or given drastically reduced benefits; **the veteran feels betrayed** and starts to question and feel guilty about all the people killed in battle. **The veteran feels like** a burden on the family and **suicide is the only way out**. SOME are starting to feel like government they served has become their enemy and why not take the enemy out at the same time. Over the years Plaintiff has ministered to and counseled many veterans while trying to get GREATLY NEEDED proper changes. Since a simple solution was recommended by Plaintiff, a number of times, and ignored by VA and Legislature; both groups are named as Defendants to be discovered and equally liable.

1 | **Names are to be discovered and charged with SEVERAL CHARGES;**

2 | **INCLUDING negligent homicide and wrongful death!**

3 | **1. The VETERANS' ADMINISTRATION national and state Directors:**

4 | A. Ordered claims to be' put on the shelf' and left waiting; when they should

5 | have been approved instead. They were left with "some" taken down and

6 | approved 'when the allotment of funds came in'. This shows the guilt of

7 | both V. A. and the legislative branch of government; along with each and

8 | every "Commander n Chief" – President – the Executive Branch of the

9 | guilty parties! The remainder were criminally"denied" via IME exams!

10 | B. Ignored and shelved reports in favor of the veteran's claim being approved

11 | AND EVEN ORDERED doctors to write examination reports that would

12 | favor the Veterans' Administration denial of claims.

13 | C. Contracted with a group of retired doctors who performed manipulated

14 | exams and deceptive services for insurance companies **AND the V. A.**

15 | Claims IF the previous was not enough to achieve a denial of the claim!

16 | (*When rating doctors wrote a report that favored the claim being granted*

17 | *the Defendants would re-write the report and order a new signature. IF the*

18 | *doctor would not sign the V. A. would stall then later claim the exam was*

19 | *to old and order a new IME exam with a "co-operating" doctor contracted*

20 | *to perform the deceptive exam and report.*)

21 | D. **Delayed** ANY and all examinations **circa two years** and THEN ordered an

22 | I.M.E. and **examined one area only** with a wrong determination that could

23 | only be ERROR: **but it allowed for a claim denial BLOCKING over**

24 | **FORTY** YEARS of claim payments when V. A. blamed ALL problems on

25 | what was labeled "congenital fusion at C-2 and C-3". The **perfect health**

**proven by the induction physical and A-1 classification with "infantry" assignment and graduation with the highest scores was MALICIOUSLY AND CRIMINALLY ignored**. **The football coach letter proving Plaintiff would have been prevented from playing football and basketball was ignored**. Family and friends wrote letters that were ignored. DOCTORS AND SPECIALISTS WROTE & WERE IGNORED!

E. **IT WAS WHEN** three orthopedic/neurosurgeon specialists, a general practitioner MD, and a V. A. Hospitol MD outweighed the V. A. and CFR Title 38 was PUSHED by an attorney – THEN a degree of progress was made and "congenital fusion" was abandoned. **No back pay to date of discharge, D.O.D., was ever calculated and paid; even though it was requested by Plaintiff, appealed, and more! THREE U. S. District Court for Veteran Appeals Court REMANDS were ignored! Now V. A., who WAS looking at an earlier date for back pay, UNTIL Plaintiff fired his attorney for not asking the proper date of discharge time set, wants Plaintiff to appeal and start the chipmunk wheel all over again!** **EVIDENCE – in addition to the obvious that is in the written record; THE PLAINTIFF RECORDED ONE DOCTOR WHO SAID HE WAS "ORDERED BY V. A. CLAIMS" TO EXAMINE AND ADDRESS ONLY WHAT V. A. CLAIMS TOLD HIM TO DO AND HE WAS TO IGNORE ANY AND ALL DOCUMENTS AND COMMENTS FROM PLAINTIFF.**

2. **DEFENDANT'S POSITION PROVIDED OPPORTUNITY: NOW "THE MOTIVE": IN ADDITION TO THE FACT OF RETALIATION BECAUSE PLAINTIFF BLEW THE WHISTLE ON "DEEP STATE":**

Currently and down through the years, a Regional Director making the numbers look like more veterans were served, gets a bigger salary and bonuses. It is easier to mark numbers turning veterans down and then getting more marks when veterans come in to appeal and file more documents. This also CREATES A BACKLOG of case load to justify more employees: thus increasing budget and larger salaries for the Dirrector and the Assistant. (EACH CASE should be a single number AND REVIEWED with bonus pay for proper and swift handling with a proper interview showing the veteran was advised of every benefit due. This should NOT be a simple sign the line! It should be listed and addressed item by item! Another bonus area should be for 'a case required the least manpower for proper assessment and handling'! THE BEST medications WITH state of the art medical prosthetics and testing should be the standard for veterans who gave more than 100%! EVERYTHING the veteran is due in claims and medical care should be done right away! It must also be swiftly done for bonuses; so that veterans are not forced into long term suffering the way things are to date. THESE changes would comply with the original Fiduciary Duty of the V. A. and change the adversarial process of decades!

3. The V. A. Perpetrators and their doctors under contract as "Independent Medical Examiners" ignored evidence that showed clearly the claim denials were ALL wrong. Plaintiff's, **TAPE RECORDING IN WHICH THE EXAMINING DOCTOR SAID HE WAS ORDERED TO IGNORE EVERYTHING THE PLAINTIFF HAD TO SAY AND EVERYTHING PLAINTIFF HAD FOR DOCUMENTS WILL BE PLAYED IN COURT**. VA AND CO-OPERATING DOCTORS ARE GUILTY OF MALICIOUS

CRIMINAL ACTIVITIES WORTHY OF PROSECUTION UNDER THE RACKETEERING ACT ( R.I.C.O.), FRAUD, DECEPTIVE PRACTICES, ABUSE OF POWER AND PROCESS, CRIMINAL NEGLIGENCE AND MEDICAL MALPRACTICE, & MORE. **OBVIOUS EVIDENCE:**

A. **The military rating A-1** on Plaintiff's entrance exam means perfect health but the entrance exam of Plaintiff and the Medical evidence was ignored!

B. Examination requests for several areas needing to be checked were ignored.

C. **The work record of Plaintiff proves decades of NO employment.**

D. (1) When exams were done they were performed 'in part' with several areas needing examination being ignored. (2) They were also done much later than a reasonable time from being requested to being examined! In the beginning a January 13, 1970 claim took over two years for the first partial exam. (3) A notice was finally sent to the wrong address circa six months AFTER V. A. had been notified of Plaintiff's new address AND (4) **THE DENIAL was sent to the new address**. (5) The first VA excuse to try and turn down the claim was 'Plaintiff failed to show for the exam' WITH an appointment sent to the address KNOWN TO BE WRONG and the rejection was sent to the right address; proving the V. A. deceptive practices from day one. (6) Add one area examined and a claim for blame that was not possible; **THEN** fraud and deceptive practices is proven to a greater degree! (7) This was fought and proven but it burned decades of time and Plaintiff's financial situation got much worse. (8) Plaintiff's Dad died in 1972 and inheritance had to be spent on survival. The inherited income property, insurance agency, home, and other rental property was lost due to the hardship that would not have existed but for VA WRONGS

done to Plaintiff. (9) **The neck was examined with low back ignored and a number of other areas were ignored.** Peripheral neuropathy, described as numbness and tingling in hands and feet, was ignored. Hearing, teeth, heart, and much more was all ignored. A long list was given several times but VA stayed stuck on the neck and their denial claiming "congenital fusion". (10) When a NUMBER of MD doctors and specialists for Plaintiff resulted in 'the VA claim was finally proven wrong'; Plaintiff filed about back pay to date of discharge and other areas of exam. It was still ignored and IS STILL IGNORED TO THIS DAY! (11) There was NO PAY FOR "Pension as a greater benefit" UNTIL it was PUSHED by the attorney! **A veteran is eligible for this at 70% and above so it should be automatic! It is ignored unless it is applied for and pushed.**

E. From the beginning in 1970 until 2012; when an exam favored the Plaintiff the claim was "left on a shelf" TIME AND AGAIN until V. A. could, and would, claim the exam was too old. THEN 'the V. A. contracted I.M.E.' would be ordered and used in favor of the V. A. denial of the claim while ignoring **evidence of obvious wrongful denial of Plaintiff's claims.** This was and is maliciously and criminally buried under files, ignored, and white washed by "purchased" lies from doctors "under contract to find or create cause for V. A. denials of veterans claims"! The submitted paid for and criminal tainted reports for denial are further evidence 'of fraud and deceptive practices! The V. A. re-write system was added to the illegal tools used to shaft veterans circa the year 2000! An attorney was finally hired and fought for years to get as far as the case is today but back pay and other medical issues are still being ignored.

F. The re-write system IS WHAT corrupted and CREATED the V. A. Health Care NEGLECT problems as administrators decided to join and benefit by the R. I. C. O. activities. On information and belief, the health care people started logging calls from veterans as 'veterans served' for more money!

G. **The V. A. claimed Plaintiff's original medical files were burned in the St. Louis fire that burned records**. This was <u>used on thousands of veteran claims</u>.  **Plaintiff** had to submit all of his originals as VA claimed that copy documents were no good. **VA then claimed those file were burned**.

1. This was claimed and questioned on THREE occasions between Defendants and Plaintiff. EACH time a year or more was 'burned'. THEN PLAINTIFF FOUND OUT AND PROVED THE FIRE PRE DATED THE TIME FRAME OF HIS FILES BEING ON SITE!

2. V. A. LIES were followed with more lies claiming a second fire burned the files. This was questioned TWICE with the same lie as a response! THEN PLAINTIFF PROVED **THAT FIRE WAS NOT EVEN CLOSE TO WHERE** PLAINTIFF'S RECORDS WERE KEPT!

3. **THEN THE THIRD LIE** was, that a person or persons not known had "checked out the records" and "nobody knows where they are". **The Plaintiff was told he needed to rebuild his file WHEN V. A. KNEW they had already forced the Plaintiff to give V. A. ALL OF HIS ORIGINALS – AND V.A. MADE NO COPY TO GIVE TO THE PLAINTIFF OR ANYONE ELSE! Plaintiff was prevented from making progress until much later when he finally got public assistance and civilian doctor exams.**

4. **WHEN V. A. was loosing too many cases: they formed the U. S. District Court for Veterans' Appeals and got this process approved. THIS WAS nothing short of more manipulation! Plaintiff, and all veterans, must handle their case personally or through V. A. Trained and approved "National Service Officers". The approved service officer is likened to a person accused of murder having the District Attorney Prosecutor as the Defense attorney also!**

5. **The turning down of claims just filed is nearly 100% AND claims, easily approved now, officers are ordered to put claims on the shelf.**

6. **It is normally one to three years burned up before the initial claim results in being turned down. THEN a Notice of Disagreement must be filed and an appeal started. THIS BURNS another two or three years! It normally results in another turn down and the same process is followed asking for a Board of Veterans' Appeals review.**

7. **Normally a pittance is approved and the whole process starts over!**

8. **IF it goes to the next step due to denial then the U. S. District Court for Veterans' Appeals gets the file. This BURNS another two or three years. PLAINTIFF WENT TO THIS COURT TWO OR THREE TIMES BEFORE E. A. J. A. PROVIDED FOR AN ATTORNEY AND THEN THE ATTORNEY ONLY GETS PAID IF THE ATTORNEY WINS. In the Plaintiff's case the attorney got a portion of the back pay on each win handled by the attorney.**

9. **When Plaintiff got pro per decisions and "REMANDS" were ordered: V. A. DEFENDANTS IGNORED WHAT WAS ORDERED AND MALICIOUSLY/CRIMINALLY IGNORED**

**REMAND ORDERS TO EXAUST MORE YEARS, THEN V. A. tried to limit back pay award eligibility**! V. A. CRIMINAL AND MALICIOUS CLEAR AND UNMISTAKABLE ERROR MUST BE MADE RIGHT ALL THE WAY BACK TO DATE OF DISCHARGE!

H. **EACH TIME AFTER THE V. A. COURT DECISION; the veterans MUST start over at the local level and climb back to court level. Most veterans die before ever seeing the benefits promised at enlistment! The FRAUD and Deceptive Business Practices SHOULD BE CLEAR! "When those who make or enforce the law break the law: they nullify the law; and the devil can run rampant!" - FACT**

I. **After the first major injury there was a Boston Massachusetts Hospital X-ray and report and IT WAS AMONG the originals V. A. insisted on having so they could be conveniently lost or destroyed. THE X-RAY AND REPORT SHOWED A FRACTURED KLIPPEL FEIL with NO mention of KLIPPEL FEIL deformity or congenital fusion! Veterans' Administration criminal agents** continued claiming **"congenital fusion"** as the cause of all problems. **They also ignored several problems needing requested exams; several times; and complaints fell on deaf ears**. The Boston Hospital exam, and previous references to it, were not only ignored but, **lost and or destroyed** by V. A. CRIMINALS! **Plaintiff went to a D. C. civilian expert (paid by Plaintiff) Dr. Mitchell, Neurosurgeon Dr. Stevens, other doctors, and other professionals BUT ALL were further criminally ignored. An attorney,** Larry Schaefer tried to help and even later wrote a letter, in the file, attesting to VA lies about not having records. **Family letters** and **buddy letters** were ignored! The **football coach,**

Robert McMullin, wrote a letter **attesting to a full physical and Medical Doctor release required** to play football **AND the fact that the alleged congenital fusion would have eliminated the eligibility of Plaintiff: IT WAS ALL IGNORED!** It is the icing on the "criminal penalties apply" cake!!!

J. Now, V. A. was supposed to send a statement of the case as this has been drawn out and Plaintiff has had to fight four more years for proper back pay with only a pittance paid on two occasions. THIS WAS and is also part of the strategy of Defendants in PREVENTING Equal Access to Justice in accordance with the "Spirit and Intent" of the E. A. J. A. act!

K. Social Security Disability was denied due to the V. A. Rating claims denial. THE V. A. EXAM was the only thing Plaintiff could supply social security it's his VA claim and no other exam was done. When the claim was finally granted there was no work history or input for too long so Plaintiff is 'time excluded' due to V.A. criminals that should be made to pay!

L. **In the 1980 claim fight Plaintiff told V. A. he had, at that point, a decade of social security records proving he was disabled**. He was put on a government backed program to work as a counselor at Youth and Family Crisis Center in Redding California and **not retained** at the end of the program. In **1990 he sent two decades of unemployed evidence**. In **2000 three decades** were sent. V. A. Put them among the lost or destroyed. **New records were ordered to cover the beginning to present day and nothing came. They were ordered again. The first order cost a little over $130 and nothing could be found but it had the old address and there were several problems with the new order that cost over $180.**

M.  **THE VETERANS' ADMINISTRATION PUSHED, AND STILL PUSH, TO GET AND KEEP LAWS THAT WOULD PREVENT VETERANS FROM GETTING THEIR JUST DESERVE! THE MONEY GOES INTO PRIVATE POCKETS! THEY ALSO PUSH TO RESTRICT PAYING FOR THEIR CRIMES AGAINST U. S. VETERANS!**

5. <u>PLAINTIFF and others were "PREVENTED" BY</u>:

A. The law and fact that Plaintiff could not get attorney to help for decades because an attorney, by laws at the time, could not make more than $10 for representing a veteran in the claim process or in any other related matter. (THIS was established by V. A. Specifically to "prevent" veterans from being able to argue their claim.)

B. **<u>Defendants, V. A. waited years before ordering an exam that left off the vast majority of things to be examined. It examined ONE of over twenty areas having been requested for 'exam and rate'!</u>**

C. <u>AFTER Plaintiff notified V. A. of the fact that he had moved; the V. A. sent the exam notice to the old address more than a year outdated!</u>

D. **<u>The exam ordered IGNORED several issues! This was and is by V.A. criminal design to "STONEWALL" the claims of veterans!</u>**

E. **<u>PREVENTED:</u>** The afore described practices and principles,  and disabilities, **<u>KEPT</u>** Plaintiff **<u>too poor to afford help AND an attorney was PREVENTED from being paid more that $10 for working on a veteran's claim</u>**! <u>IT WAS NOT POSSIBLE TO GET ATTORNEY HELP!</u> **<u>Plaintiff was denied benefits, denied TRUE advocate help, and denied attorney help! It was ALL by a malicious criminal designed and</u>**

malicious set of lies and wrongful medical statements that Defendants knew, or reasonably should have known, to be false and or criminally negligent error as V. A. had MORE THAN ENOUGH EVIDENCE TO GRANT THE CLAIM OF 100% DISABILITY FROM DATE OF DISCHARGE! THEY HAD THE ENTRANCE EXAM rating Plaintiff 1-A which is perfect health that would have been excluded IF he had "congenital fusion" claimed to cause all the disabilities: SIR WALTER REED MEDICAL EXAMINATIONS: A P-3/P-4 PROFILE limiting duty AND (a medical review board for medical discharge WAS REQUIRED BY MILITARY LAW BUT IGNORED): SPECIALIST DR. MITCHELL'S EXAMS AND REPORTS: the HIGH SCHOOL FOOTBALL COACH (attesting to doctor clearance required and not being football eligible IF there would have been the claimed congenital fusion): OTHER FAMILY and BUDDY LETTERS, AND MORE! IT WAS ALL CRIMINALLY AND MALICIOUSLY IGNORED! Diss and miss information was produced, FROM ALTERED RECORDS, and co-operative individuals were encouraged and even paid to libel and slander Plaintiff with ACCUSATIONS of fraud, stolen valor, impersonating an officer, counterfeiting documents, and more smear tactics WITH NO CHARGES EVER BROUGHT IN OVER FORTY YEARS! It produced over forty years of hell to the date of this action!

F.  Plaintiff has suffered enormous stress and duress due to these V. A. and cohort criminals!

G.  V. A. Defendants ignored evidence exposing the falsities and errors.

(Plaintiff kept writing legislators to change the law so he could get an attorney and he kept disagreements with V.A. going to the best of his disabled ability. <u>The E. A. J. A. and Medicare doctors were the first step in the ability to turn things in the right direction; but Plaintiff still had an extremely difficult mountain to climb.</u> **Doctors WERE STILL IGNORED and EFFORTS WERE STILL STONEWALLED! Records had been willfully and MALICIOUSLY lost and/or destroyed by V. A. Defendants; AND V. A. FORCED THE TIME FACTOR DAMAGE to Plaintiff's case.**

    N. <u>**EVEN WITH NEW ABILITY TO MAKE PROGRESS AND WHAT SHOULD HAVE BEEN MORE THAN ENOUGH RECORDS IN THE FILE OF PLAINTIFF; V.A. DEFENDANTS CONTINUED THEIR CRIMINAL DENIALS THAT IGNORED EVIDENCE AND MANIPULATION FOR PERSONAL PROFIT WENT FORWARD!**</u>

    1. <u>**Civilian doctor reports of Dr. Mitchell, Dr. Stevens, Dr. Dominic, and others were ignored along with CFR Title 38. When the V. A. Hospital Dr. Gorman wrote that title 38 must be applied V. A. threatened him with termination or being stuck in a forgotten office if he ever wrote anything like that again. A number of examine doctors told Plaintiff they were writing a report in favor of claim approval; BUT ALL** favorable rating exams were **"KEPT FROM" Plaintiff WITH** the claim that the V. A. criminal, Defendants here, were **not required to give "all records" to the veteran. THEY CLAIMED;** "as many of the records **may aggravate the veteran". THIS IS "USED" AND "ABUSED" TO HIDE EVIDENCE** THAT WOULD WORK AGAINST V. A. and **THAT MOST CERTAINLY** AGGRAVATES VETERANS and it is THE **FAULT OF V. A. Defendants!**</u>

2. When examining doctors, working in V. A. Ratings, **told Plaintiff they were writing a favorable report to approve the claim for disability; Medical records were "kept from" Plaintiff** with the V.A. claiming number 1, the afore stated! Plaintiff wrote back the fact that what V.A. was doing to him and other veterans makes all veterans irate because it is wrong and criminal.

3. V. A. Defendants claimed they did not have records given to them and it was done so often that a **Phoenix attorney; Larry Schaefer;** wrote a letter attesting to the fact of these V. A. lies in regards to documents and evidence his office hand delivered but V. A. claimed "not in file". The attorney office was less than a block north of the V. A. Phoenix Regional Office!

4. Doctor exam reports favorable to Plaintiff and other veterans were altered by V. A. Defendants, with doctors ordered to sign the new reports written by V. A. the way V.A. wanted wording to justify denial of the claim. When doctors would not sign the re-write of V. A., the Defendants would stall for time then claim medical was too old and a new Independent Medical Exam, IME, would be ordered and done through by the group of semi retired and specially contracted doctors who work for VA and insurance companies to try and find anything they can twist into reports to turn down claims. THIS WAS strictly for the financial benefit of VA and insurance companies. V. A. denied Agent Orange claims and damage until big money and powerful insurance company attorneys proved damages. Abundant evidence of these wrongs can be found in these cases AND wrongs, local doctors are blamed for; when the BITTER ROOT is IN Veterans' Administration Washington D. C. AND the political connections; NEED TO BE EXPOSED AND DEALT WITH! **THE V. A. CLAIMS ABUSE STARTED HOSPITAL NEGLECT AND ABUSE!**

**5.** Plaintiff lost inherited properties, income properties, homes he tried to buy, two families; and more, all of which is listed under "losses"; AND he had to fight his way through thoughts of suicide. **V. A. AND POLITICIANS HAVE BEEN GETTING AWAY WITH WHAT IS THE MAIN CAUSE, AND RESPONSIBLE FOR, TENS OF THOUSANDS OF THE SUICIDE DEATHS OF VETERANS! CRIMINAL PENALTIES SHOULD BE TRILLIONS OF DOLLARS TO BE PAID TO VETERANS AND SURVIVING FAMILIES!**

6. **AFTER finally getting legislators to create and pass the Equal Access to Justice Act**, fighting all the way to the U. S. District Court for Veterans Appeals (created by V. A. to avoid open court where they were getting clobbered and V. A. ignored remands Plaintiff got because the V. A. Court has no teeth) Plaintiff finally got an EAJA attorney to look past some of the deceptive practices and files. AN EAJA attorney made some SLOW progress, THEN ANOTHER slanted exam AND ANOTHER: **with attorneys being misled by the way V. A. stacks deception on top of good evidence to bury the facts! The V. A. piecemeal process is also by design to put claims in the grave before needing to be paid**! Attorney Ravin saw past 'some' of this and made more progress. He failed to see the whole story for 'being made whole'! Plaintiff took over to get THIS DONE, **True "being made whole" has BEEN, and IS STILL being, COVERED UP by the Defendants V. A. et al**.

7. **THUS, Plaintiff is bringing his case to the normal open U. S. District Court in an effort to get the aid of the court!** This court has the only power to ORDER what is needed for this and thousands of other veterans. Previous

**"remand" decisions, from the court that has been handling veteran**
**appeals,** were ignored and did little to no good until ONE ATTORNEY
STAYED ON THE CASE BECAUSE HE COULD SEE SOME OF THE
WRONGS DONE. He could only see part and part was still buried by VA so
Plaintiff took his own case back again; AND V. A. is immediately exploiting
the no attorney situation by turning down "earlier date" being negotiated with
attorney Ravin and telling Plaintiff to appeal! They also continue to ignore
areas of disability, facts show areas should be service connected, and more.
(SEE NEW PACKET)

A. **V. A. finally agreed in part and paid in part. (AFTER APPEAL AND**
   **YEARS WAISTED) Years of the fight for more back pay started!**

B. **V. A. finally agreed in another part and paid another part. NO interest**
   **on the first or second part of money's long overdue was paid. NO**
   **reimbursement for decades of medical, Plaintiff had to pay, was ever**
   **paid. (AN APPEAL WAS FILED AND MORE YEARS HAVE BEEN**
   **WASTED.)**

C. V. A. STILL ignores the FACT THAT back pay should go all the way to
   Date Of Discharge WITH interest on money not paid, pay for a few
   hundred thousand dollars in Doctor care paid by Plaintiff, lost properties
   due to disabilities now recognized but ALWAYS PRESENT FROM
   D.O.D. to date and "criminally ignored"; WITH some improvements due to
   "self rehab" no thanks to V. A.! Loss of consortium should be paid to
   Plaintiff, his children, and his EX-wives! (Loss of consortium.) The mental
   anguish and stress caused by Defendants should be compensated.

D. WITHOUT backpay AND interest; the V. A. has "taken" inheritance the mother and father of Plaintiff intended to have benefit their son! **By V. A. Deceptive Practices V. A. has "taken" inheritance to benefit the V. A. budget of Defendants instead of Plaintiff having ALL medical paid by V. A. and then enjoying what was inherited!**

E. The V. A. USES their manipulative laws for ratings so that ratings of 200% or more can still be paid at less than 100%. **SEE EVIDENCE SHEET PAGE OF DISABILITIES WITH 120% RATED AS 80% AND DISABILITIES RATED BUT ASSIGNED 0%! Other disabilities are ignored and the wrong and wrongful 1970-72 and thereafter determinations of congenital fusion with rating denials ARE STILL IGNORED with back pay to Date Of Discharge plus interest and criminal penalties due being ignored!**

F. The Plaintiff's first EX-wife, three children, and six grandchildren deserve loss of consortium and compensation for their suffering little to no life with Plaintiff.

G. The second EX-wife was only 87 to 90 due to all the stress but she and her two children deserve something.

**8.** To this present day; V. A. "used", and "uses", the fact that Plaintiff's file was "sealed in the interest of national security" and much of the file has now been altered to fit the story Defendants and possible Defendants want to have and use for their cover up! **Plaintiff still has evidence of this EVEN THOUGH a number of BURGLARIES STOLE PAPERS and DOCUMENTS while leaving ITEMS OF VALUE that could have been stolen and sold. THIS Plaintiff was smart enough to make and hide copies distributed around.**

9. Plaintiff has one or more recordings proving Doctors were ordered to ignore what Plaintiff has to show them and tell them. They were ordered to do exactly what VA ordered. (**PROVING THESE THINGS TRUE – Plaintiff has recordings, legally obtained in Arizona and proving this is true. He has files originally obtained by Senator John McCain during his first bid for President. "Chain of evidence" has been maintained! The files prove VA and Intelligence alterations of the file. Instead of the Senator's file being destroyed Plaintiff requested and got the file mailed to him and has kept it untouched, sealed, and safe for "chain of evidence" to PROVE what is alleged here! Plaintiff has witnesses who have suffered from the same VA Modus Operandi, "MO", 'method of operation'! Plaintiff has previous claim workers who can testify that they were ordered to take claims that should have been approved the same day and they had to "put them on the shelf" where they were purposely ignored! Plaintiff has gone through food being laced with drugs, being followed, burglarized several times with records taken and things of value left. Police reports have been made. Postal complaints have been investigated and validated. He has had to make and circulate hundreds of copies so that the medial will get and publish evidence if something happens to Plaintiff! Plaintiff has lived in pain and fearing for his and his family's lives while being wronged and neglected! He has been libeled and slandered by VA 'misinformation and disinformation agents' "USE OF" a situation and Top Secret classification not touchable.**)

The progress finally made was due to finally getting civilian Doctor exam reports (ignored for decades) and finally getting an attorney who, as the first step,

1  went back to 1966 and worked forward to see what had been done. By this Plaintiff

2  suggested process he could see how VA altered the picture so that most attorneys

3  would say "there is no case here"! He is now affected by time, memory, VA

4  procedures, and a possible feeling that Plaintiff has been at least somewhat taken

5  care of. This is why Plaintiff is now going pro per to expose what Paul Harvey

6  would call "the rest of the story". Plaintiff "made whole" in the real legal sense,

7  and getting proper decisions, will help other veterans now hurting. THIS WILL

8  ALSO help those who will be needing these decisions in the future!

9      The V. A. Claims procedure was willful, malicious, and premeditated by the

10  group acting in concert so as to "keep" money that would have gone to Plaintiff, as

11  well as other veterans, and "create" a larger work load thus requiring a larger staff,

12  bigger budget, and higher salary!

13      Over the years there are some areas he is lacking in when it comes to presenting

14  that part of the legal case so Plaintiff, working slow as he can, and when he can, is

15  taking the case pro per. Plaintiff has long desired to file against the Veterans'

16  Administration for the criminal, malicious, CRIMINAL, and horrifically harmful

17  actions and representations DESIGNED TO COVER UP the VA fiduciary failures

18  resulting from greed for the personal money and power gain of the Defendants.

19  Many are now retired with retirement being ill gotten gain!

20      When the VA started getting clobbered in U. S. District Court and got in

21  trouble when they did not obey the court; the VA formed their own U. S. District

22  Court For Veteran Appeals and set up a veteran being mandated to go step by step

23  all the way through BVA, the Board of Veterans Appeals, before they could get to

24  the court. The tasks required before a veteran can get an E. A. J. A. paid attorney;

25  prevents disabled soldiers from getting their just deserve. Another BLOCK is in the

fact that, those who are supposed to be helping the veteran must be trained by VA, and certified as National Service Officers BY VA! THEY MUST do things the way VA says instead of what the law says; otherwise they lose certification. **It is like having the district attorney prosecuting a case as the defense lawyer also!**

When a remand is issued by the court VA ignores it like they did three or more that Plaintiff got. The VA mandates service officers for veteran organizations be trained by the VA and certified to further this END. THIS is like the District Attorney being defense for an accused when the DA hates the accused. THE ENTIRE SYSTEM IS STILL TOTALLY SLANTED TO BENEFIT THOSE WHO WORK IN AND FOR VA AND IT IS ADVERSARIAL AGAINST VETERANS!

The Defendants are hereby accused of, individually and as a group, **R.I.C.O. - ABUSE OF POWER - CRIMINAL NEGLIGENCE - ABUSE OF PROCESS - MEDICAL MAL PRACTICE IN RE CLAIMS - DECEPTIVE BUSINESS PRACTICES – FRAUD –and- VIOLATIONS OF FIDUCIARY DUTY with LIBEL AND SLANDER USED AGAINST PLAINTIFF IN ORDER TO BLOCK AND DISCREDIT THE RIGHTFUL RECOGNITION OF THE RANK AND BENEFITS OF PLAINTIFF!**


**LOSSES**

QUALITY OF LIFE FROM 1970 TO 2012 AND BEYOND DRASTICALLY AND NEGATIVELY AFFECTED BY THE VETERAN ADMINISTRATION'S CRIMINAL AND NEGLECTFUL HANDLING OF AFFAIRS IN THIS CASE **IS THE** CAUSE OF SUFFERING THAT DEFIES DESCRIPTION AND LOSSES LISTED HEREAFTER!

**FIRST:** PLAINTIFF had a nice apartment on discharge and had to move to the cheapest place possible as his final pay and savings was running out due to: (1) the Veterans' Administration failing to arrange immediate rating examinations at the military hospital in Feurth, Germany; (2) (a) Sending the appointment over a year after benefits were applied for, (b) sending the appointment Notice to the wrong address six months after being notified of Plaintiff's move and new address, (c) using "failed to show for a rating exam" to cause more years of waiting for benefits and hardships created by the waiting period.

**SECOND:** Plaintiff was able to get a lease and family help to run the country club in Herzogenaurach, Germany. This would have produced $400 a month added income for Plaintiff and his family of a wife and two children at that time; but it was not sufficient to provide total support. It was lost due to medical and other such bills CREATING debts Plaintiff <u>could not pay without having his V. A. Benefits!</u> **To accomplish the wrongful denial of benefits** <u>the examining doctor for the discharge physical was ordered by intelligence Command to alter the weight of Plaintiff and sign of on a normal discharge PLUS the records of Plaintiff were altered to hide his rank and accomplishments along with in line of duty injuries!</u>

**THIRD:** Plaintiff had to abandon personal property and German relatives THEN START OVER in America when his father died and inheritance provided for the opportunity to: (a) get V. A. CLAIMS in America moving on a local basis, (b) get Social Security Disability claims re-opened AFTER it **was denied due to the V. A. Determination stating 'Plaintiff was NOT totally disabled - disability is denied'**, (c) talk to local American attorneys ho might be able to help.

**FOURTH:** DURING THE FIRST YEARS BACK IN AMERICA PLAINTIFF LOST INHERITANCE FROM HIS FATHER (Died 1971 and Plaintiff returned

home to take care of real and personal property 1973) PLUS DEALS MADE AND LOSSES **that would not have taken place if Plaintiff had been getting his V. A. payments he was getting CHEATED OUT OF**: (a) Circa $20,000 Money inherited and payments from lease and sale of his fathers independent insurance business BUT money HAD TO BE used for medical care and family life support, (b) antiques inherited and sold to keep paying for medical care and family life support, (c) a Marin County California 3,000 sq. ft. home on the ocean with an acre of land, dock on the canal, dry dock work shop 35' X 35' with tools, and a 35' X 35' side covered area, oriental gardening, four bedroom two and a half bath home, and a 1949 Criscraft 29' Sedan Police boat, See Exhibit Page ....... (d) two wind up phonograph console types that took cylinder type records and had 100 records with them, (e) a stormograph/seismograph, wicker rocking chair, two Ming Dynasty vases, and other article once owned by the FIRST CITY ENGINEER OF SAN FRANCISCO; (f) income property at 1801 Willis Street in Redding California and consisting of 8 apartments on upper floors and six offices with a recreation room, shop, storage, and living quarters down stairs; (g) a full size pool table originally in the FIRST ELKS CLUB OF REDDING CALIFORNIA and having solid mahogany rails and a three inch thick solid marble slab, an antique LARGE train set, a coin collection, a stamp collection, PLUS other antiques and tools were sold for money to pay medical and other bills. The property went to attorney Roger Cowling to pay debts resulting from medical needs and no income from V. A. OR WORK!

**FIFTH:** PLAINTIFF LOST INHERITANCE FROM GRANDFATHER; (a) coins, (b) jewelry, (c) $2,000 cash money in circa 1973. He would have inherited land IF he did not have a debt hole the family knew would waist the inheritance!

**SIXTH:** PLAINTIFF LOST INHERITANCE FROM MOTHER who had removed him from property inheritance due to Plaintiff's situation and the fact that ALL OF it would be lost to medical and everybody knew this FACT.

**SEVENTH:** THE FAMILY divorce HAD TO TAKE PLACE to help the wife and children BECAUSE V. A. STILL CLAIMED PLAINTIFF WAS NOT DISABLED AND AID WAS NOT GIVEN TO A FAMILY WHO HAD AN "ELIGIBLE WORKER IN THE HOME"! (a) Consortium – first wife and three children, dad, mom, and brother, (b) ½ of Beauty Salon Business, 2,700 sq. ft. home, and one acre of Shasta Dam Boulevard frontage in what is now 'Shasta Dam City... or something like that; Plaintiff would have inherited 1/2 from his mother but told her to give it to brother because it would go the way of dad's business and property due to VA wrongs done to him; (c) weapons and antiques; Marlin 22 semi-automatic, Marlin 30-30 with butt pad and hand rub finish, Marlin Original Goose Gun with 36" or longer barrel, and that fired 3 & ¾ inch double Ott shot with full choke offered $1,000 at one time and got $200 during bad times and Pawn Shop incident with only $30 for the 30-30; old west Colt 45 with quick draw holster, 2ct mine cut diamond in a rose originally given to great or great great grandmother connected to Bank of Italy now Bank of America and opened in back of the store of his great or great great Uncle Mudrica "Uncle Mud"; a bracelet eventually recovered off eBay and repaired (cost circa $900) now owned by daughter Jeannie; prize winning paintings done by Plaintiff in the days of his youth, art supplies; antique furniture that included mahogany and cherry wood dressers and more; the corner stands with legs and claw feet;

**Eighth:** Ministry house Plaintiff was building on 27th Avenue in Phoenix and that would have been three floors with 10,000 sq. ft, below ground recreation and prayer

room looking out into a pond for underwater effects, ground level office and counseling rooms, and living arrangements on the top floor with a rear yard executive office; a property by the golf course for rental; a property in Maryvale for rental; two motels in McClean Texas with one gifted and one at a pittance price; Consortium – second wife and her two children; 2.5 acre and home property Plaintiff tried to buy on Hilton in Apache Junction, AZ; THEN TWO PRIME Phoenix properties Plaintiff could have, and would have purchased – ONE ON LUKE AND ONE ON 19th Avenue!

## **MEDICAL DISABILITIES THAT SHOULD HAVE BEEN 100% TOTAL**

THOSE LISTED IN VA FILE AS APPROVED WITH SOME **NEEDING** TO BE RATED HIGHER WITH 0% **MANDATED** AT 10% OR MORE – AND – missing disc with partial fusion at C-2/C-3 (claimed to be congenital and finally admittedly not congenital but no back pay on it) and four or five partially herniated discs – every tooth in Plaintiff's head was cracked IN SERVICE (now having about fourteen crowns and more needed as well as decades of dental suffering and expense until VA finally started paying and doing what is needed circa 2014-2015) – heart condition called arrhythmia – bad knees – body filled with arthritis – fungus in the blood for totally messed up fingernails and toenails – random firing nerves – PTSD that IS from service – hearing currently rated but listed as zero percent compensable – teeth currently rated but listed as zero percent compensable – agent orange exposure with nerve damage, rashes, and more – asbestos exposure – and so on…

BACK PAY AND OR DECISIONS BY THE COURT OR V. A. MUST INCLUDE:

**Decisions and or Backpay MUST include** medical I had to pay from date of discharge to 2013 when V. A. actually started paying for full medical. Medical can be calculated by what V. A. Has had to do from about 1995 to present.

**Decisions and or Backpay MUST include** the value, today, of properties lost due to V. A. fiduciary failure and criminal activities toward me!

**Decisions and or Backpay MUST include** the family portion of a wife and three children all the way through the college degrees of the children!

**Decisions and or Backpay MUST include** the family portion for the second wife and two children from 1987 through 1990 then lost from hardships that are the fault of V. A.

**Decisions and or Backpay MUST include** interest on back pay already paid and to be paid.

**Decisions and or Back pay MUST include** attorney fees paid BEING reimbursed to me so they result in having been paid by V. A. as this boils down to a contract violation in which I served "with honor and destination" keeping my part of the contract but V. A. violated their part, as did the military, and in a fashion worthy of criminal penalties.

### UNDER PENALTY OF PERJURY:

By signing below, I state to the Court, under penalty of perjury that the contents of this document are true and correct.

Dated this 22nd day of May, 2018.

_____  5/22/2018

Noel Benoist D. D.                           DATE
99 Brunel Road – HC 4 BOX 45040
Alturas, CA 96101 tel. 480.319.5627

**CALIFORNIA NOTARY ATTACHED:**

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ Shasta _____ )

On ___05/22/2018_____ before me, Aaron Walton Notary Public _____

(insert name and title of the officer)

personally appeared ___Noel Benoist_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

AARON WALTON
Notary Public – California
Shasta County
Commission # 2209393
My Comm. Expires Aug 10, 2021

Signature _____ (Seal)

# SWORN AFFIDAVIT OF NOEL T. BENOIST

I, NOEL T. BENOIST DO SWEAR TO THE FOLLOWING AS TRUE AND ACCURATE.
I was one of the best as a soldier and stonewalled by V. A. Claims after service. Then I got an attorney after decades of trying to create a path others could follow. After a partial win and payment the attorney is no longer involved and I am stonewalled again!

I was inducted into regular Army and classified "A-1" after my entrance full medical exam. I was assigned to Infantry training where I got the highest Commander's Evaluation ever given and from a commander who had never given over a 75 average. I had 99.5 out of 100. The Captain called me in to explain the missing points. He told me nobody is perfect but he had never seen any imperfection in me and my performance of duties. He only took points away because nobody is perfect.

The induction medical exam and my performance in basic and advanced Infantry training prove I was in excellent physical condition and this was pointed out to VA as soon as VA got the exam THEY ORDERED to be declared a defect from birth and they blamed everything on their claimed birth defect. My old football coach wrote a letter of FACTS showing I lettered and played all round sports in high school and we had to have a complete doctor' exam and clearance to play. The fact of no sports and no A-1 with infantry and the best performance was pointed out yo VA and ignored. Family and buddy letters were ignored. My 24/7 extreme pain was ignored. I was forced to learn how to live in constant pain. I had to fight my way through suicide with no help. I had to find out how to function even though I had and have what VA rated as 70% disabling PTSD! VA claims it is not service connected.

I have chest X-rays showing the surgical pins the VC used when they wrapped grenades and mortars with wire and clipped the end so things would stay in place and produce more shrapnel. I have NEVERTHELESS had any surgery in that area! I have random firing nerves and hearing loss from nerve damage caused by Agent Orange exposure. I have hearing damage on my left caused by explosion. My spleen was taken out due to a cyst caused by a worm commonly found in Southeast Asia. Official records still claim I was never there. EVERY document our group did had to be perfect or be re-done because we could NOT LEAVE ROOM FOR counterfeiters to make false documents. An error correction showed our people the document is counterfeit and the holder was taken into custody immediately. My so called official personnel file, a 201 file, has vast line outs with type over and erasures big time!

I was transferred to Army Security Agency training from the Officer training I was pulled out of. I was told my Commission would be "taken care of if I graduated from the ASA schools I would be put through". I graduated top of my class in the first two schools I attended and I progressed from that point. I was constantly in and assigned to top secret missions. A Colonel landed our group on the wrong beach and lost the command. I had tried to warn him and was kept on ship for us to join the group later.

The fiasco is still not on record! I wanted the Colonel tried for incompetence but I was sent back to the Fort Devens Army SecurityAgency school as undercover to investigate and asses some problems then submit a 'fix it program'. I was injured during that investigation. I was still on those type assignments even though I had disabilities with 24/7 pain and other problems. If things got bad enough I would be sent to the doctor in between duties and get pain medications like percocet, percodan, cafergot, codeine, butazolidin, darvon comp 65, and others.

1

# SWORN AFFIDAVIT OF NOEL T. BENOIST

I was on all of them at the same time when I took MY money, saved from military cash pay set aside; and went to see the best neurosurgeon in Washington D. C. – Dr. Mitchell – and a letter from him was put in my V. A. file during my several appeals. Dr. Mitchell ordered other military doctors to revamp my medications or he would have their license to practice revoked and he did not care what authority they had. He would go nationally public! They did not want that fight so my medications were changed and I was transferred to Germany after I was given shots I was allergic to and doctors just monitored me through the reaction. They were "under orders" and I was to go dead or alive!

More than one doctor told the highest top secret command, I was working for and with, that I should be given a disability discharge. The command told me they had spent over $7,000,000.oo training me and clearing me. They told me this meant I would be in doing what they want as long as my brain was still working. I was "our TOP investigative analyst and crucial to the defense of America"! "The interests of National Security trump the law"! They told me, "you WILL expire or retire and there is NO other way out"! I told them I would find a way.

In Germany, while at Herzobase, when it was a Top Secret Military Intelligence and Army Security Agency base, I submitted an application to get a German girl cleared so we could get married. I was undercover as a specialist fourth class do I could go to both the enlisted men's club and Non Commissioned Officers club to gather information. I got a side job bar tending at the Officer's Club. The plan I submitted took the base from the bottom in ratings to the top with the award of a Presidential Citation and Army Commendation for all of those stationed there. I also learned enough about the group I was working with and for; do as to be determined to get out!

I was officially a Major, 0-4 with civilian status, military rank, and military service credit for time served. This is evidenced by my DD214 in the file and my Debriefing form I also put in the file. I learned from Colonel Lewis L. Millet, one of my mentors, what the DD214 evidence is. I was not a personnel officer and I found the Colonel had a DD214 just like mine! IF a soldier was a regular and not or never an officer the DD214 states "ARMY RA ASA"! My DD214 states "ARMY RA MI" … MY mentor M.O.H. Recipient Colonel Lewis L. Millet told me he has one just like it and it proves I was given a Dirrect Commission. I guess I was Regular Army discharged and put into Officer - Military Intelligence. ALL ASA Officers were Military Intelligence as soon as they were commissioned as Officer.

I finally knew exactly how they "took care of" my commission. I had only been told they would 'take care of it if I graduated their school' when I was pulled from the Officer Training School training I was in. The guys who came said all records would be pulled and 'I was never there'. Further proof in the file is my Debriefing form I got through the office of Senator McCain the first time he ran for President. I have the file from his office in tact for "chain of evidence". It shows a social security number in 1967 when all military were military numbers and civilian were social security numbers. It also shows 0-4 rank and total carte' blanch access to any and ALL intelligence. THAT REQUIRED field grade or higher.

MALICIOUSLY shafting me and abusing me started while I was in this service and it has never ceased! To get out I went to my fiancé and we moved the wedding up. We got married by

2

# SWORN AFFIDAVIT OF NOEL T. BENOIST

the German Mayor of her town then I showed an Army Chaplain my paperwork and told him to do the military side of things. He did that and then I went to my secret S-2/G-2 connection and told him, "I AM OUT OFHERE". He sat back with a smug look and asked, "How do you figure?" I tossed the documents onto his desk in front of him and said, "Because I am now married to a German National and she is not cleared!" He snapped to his feet and exclaimed, "We'll Court Marshal you!" I told him they would not do that because they would not get a conviction as nobody "ordered" me to not marry the girl and I was a Major denying the request to wait until she got cleared. We had further discussion and they transferred me into regular Army as a Private E-2 then sealed my file "In the interest of National Security". **What I got from Senator McCain PROVES several alterations to my file have been done since the separation took place!**

I was sent to the psychiatrist or psychologist who simply asked if I was crazy and wanted a "section 8 discharge" instead of exploring PTSD! He told me he had orders to give me a mental status or call me ok. He said, "You don't want to be called crazy do you?" I told him "hell no!" I was not with him more than fifteen minutes! THAT possibility scared me as I did not want to be kept in an asylum and drugged up! I had seen it done. After that I was sent to the Colonel who signed my discharge physical.

**He told me he was "under orders to sign and give me a regular discharge" AND HE TOLD ME I "should get a medical discharge with total disability"! He further explained it would cost him his career if he did not obey but I should apply for disability the day after my discharge. He said that way they, the powers threatening him, could not touch him or me. I did what he said and the records prove it IF THEY ARE ALL IN THE FILE! I was not a doctor or trained claims person and no such people were in Germany where I got out and stayed. I asked for an exam in several areas and described symptoms as best I could. My Social Security contributions prove I was, am, and always have been, totally disabled! My ONLY lengthily employment was service and a government sponsored program to try and create employment in the 1975 to 77 time frame and again in 1979-1980! THAT FAILED TOO! My disability rating should be 100% service connected and from Date Of Discharge!**

**WHEN I FIRST APPLIED ALL MY ORIGINALS WERE DEMANDED AND A COPY WAS NOT ALLOWED! I thought it was "fishy" but had no choice! ALSO IN MY VA CLAIM FILE should be a number of VA letters claiming my original file had been burned; then I proved the fire claimed as the cause pre dated my file being there. The next letters claimed a different fire burned my files; until I proved THAT FIRE was not in the area where my file was kept.**

**THEN VA claimed my file had been checked out and nobody knew where it was! I tried to get attorney help but the laws at the time did not allow an attorney to get over $10 for working on a veteran's claim and getting an attorney for $10 was not possible! I started writing letters to legislators asking for a law change. I kept appealing VA decisions. ATTORNEY LARY SCHAEFER helped and he wrote a letter attesting to VA false claims of not having items that had been hand delivered from his office just blocks up the street!**

3

## SWORN AFFIDAVIT OF NOEL T. BENOIST

**The financial difficulties and stress created by the wrongful denial of my claims at VA cost me spending everything I inherited from my mother and father just to survive! It cost me my wife and three children, property and income property inherited from my father, three homes I tried to buy on a no down and take over payments deal, a second wife and two children, income property in Texas, paying for my own medical treatment, stress, duress, mental and emotional anguish, sleepless nights, loss of consortium, quality of life, and much more!**

(NOTE: **IF I would not have had an experience with God I would have accepted leadership of thousands of angry veterans ready to seize controls of VA Hospitals and VA claims offices all over the USA. I WAS OFFERED OVER ENOUGH FOR 250 well trained and armed troops to take over in every Capitol City in the USA and make world headlines! I convinced them, after my experience with God, to make it a political revolution. Due to lack of results many are now turning to violence again! GOD and I ARE TURNING TO THE COURTS AND I AM PRAYING FOR COURT MANDATED VICTORY!**)

AFTER I fought VA alone for decades, got a number of favorable decisions and remands from the U. S. District Court for Veteran's Appeals (ALL IGNORED BY VA) and we finally got the EAJA; I got Sean Ravin as an attorney after a couple of others did a tiny bit. Sean won the case to the 80% level but was leaving some areas out and doing it "peace meal" or a bit at a time as was agreed to by him and a VA head person. I got tired of "THE VA CHIPMUNK WHEEL" so I fired Sean Ravin and took it myself. I had time to put a few things together and focus on what I feel PROVES I should win and VA should get a decision against them and "sufficient to make me whole, compensate for my suffering through hell on earth and being in pain 24/7; **PLUS PUNISH THE VA, AND THOSE WHO HAVE BEEN RUNNING THE VA, FOR THEIR MALICIOUS CRIMINAL POLICIES AND PRACTICES!**

NOBODY COULD GET AN ATTORNEY FOR THE ALLOWED $10 so I was FORCED to keep going on my own. I was lied about, lied to, slandered, and more. After I successfully lobbied for the EAJA and kept on until an attorney went deep in my file; I started winning but even that has been limited by more VA wrong doing! Now I am risking my life to continue the fight against VA Abuse of veterans IN <u>CLAIMS</u> AND MEDICAL! If I lay down my life to expose Deep State Swamp Monsters and set the V. A. and this nation on a path back to what our founders envisioned, SO BE IT! I agreed to do just that when I took my oath!

Sworn to by Noel Benoist D. D., (Retired Major - MAJ COM INTERNAL AFFAIRS FOR ALL MATTERS OF NATIONAL SECURITY).

_____  5/22/2018
NOEL T. BENOIST                DATE:

**CALIFORNIA NOTARY ATTACHED:**

4

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Shasta

Subscribed and sworn to (or affirmed) before me on this 22nd day of May , 20 18 , by Noel Benoist

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

AARON WALTON
Notary Public – California
Shasta County
Commission # 2209393
My Comm. Expires Aug 10, 2021

(Seal)                                    Signature