IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL BENOIST, | No. 2:18-CV-1611-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| THE VETERANS' ADMINISTRATION, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's motion (Doc. 4), which is construed as a motion for an extension of time to file an amended complaint. Good cause appearing therefor, the request is granted. Plaintiff shall file an amended complaint within 30 days of the date of this order. Plaintiff is cautioned that failure to comply could result in dismissal of the action. See Local Rule 110.

IT IS SO ORDERED.

DATED: July 18, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1