**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOEL BENOIST, | No. 2:18-CV-1611-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| VETERANS ADMINISTRATION, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. On the court's own motion and good cause appearing therefor, the scheduling conference currently set before the undersigned in Redding, California, on July 10, 2019, at 10:00 a.m., is vacated pending resolution of defendant's motion to dismiss, which remains set for hearing on July 10, 2019, at 10:00 a.m., in Redding, California.

IT IS SO ORDERED.

Dated: June 12, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE